No. 88–7164. HORTON *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 88–7194. TAYLOR *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 89–61. UNITED STATES *v.* OJEDA RIOS ET AL. C. A. 2d Cir. Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 89–189. RICKETTS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* JEFFERS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 89–243. ELI LILLY & CO. *v.* MEDTRONIC, INC. C. A. Fed. Cir. Motions for leave to file briefs as *amici curiae* filed by the following are granted: Procter & Gamble, Orrin G. Hatch et al., American Sterilizer Co., Intellectual Property Owners, Inc., Zimmer, Inc., et al., and Pfizer Hospital Products Group, Inc., et al. Certiorari granted. JUSTICE O'CONNOR took no part in the consideration or decision of these motions and this petition.

No. 88–148. SOUTHERN NATURAL GAS CO. *v.* FRITZ ET AL. Sup. Ct. Miss. Certiorari denied.

No. 88–1877. DEAN *v.* MARSH, SECRETARY OF THE ARMY. C. A. 11th Cir. Certiorari denied.